### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN SMILOW, Derivatively on behalf ) <br> of INTEL CORPORATION,                                 ) <br>                                                                                      ) <br>            Plaintiff,                                                       ) <br>      v.                                                                       ) <br>                                                                                      ) <br> CRAIG R. BARRETT, PAUL S. OTELLINI, ) <br> CHARLENE BARSHEFSKY, CAROL         ) <br> BARTZ, SUSAN L. DECKER, D. JAMES    ) <br> GUZY, REED E. HUNDT, JAMES D.          ) <br> PLUMMER, DAVID S. POTTRUCK,            ) <br> JANE E. SHAW, JOHN L. THORNTON,      ) <br> and DAVID B. YOFFIE,                                   ) <br>                                                                                      ) <br>            Defendants,                                                  ) <br>      v.                                                                       ) <br>                                                                                      ) <br> INTEL CORPORATION, a Delaware         ) <br> Corporation,                                                            ) <br>                                                                                      ) <br>            Nominal Defendant.                                      ) | Civil Action No. 08-cv-93-JJF |
| EVAN TOBIAS, Derivatively on behalf    ) <br> of INTEL CORPORATION,                                 ) <br>                                                                                      ) <br>            laintiff,                                                         ) <br>      v.                                                                       ) <br>                                                                                      ) <br> CRAIG R. BARRETT, PAUL S. OTELLINI, ) <br> CHARLENE BARSHEFSKY, CAROL         ) <br> BARTZ, SUSAN L. DECKER, D. JAMES    ) <br> GUZY, REED E. HUNDT, JAMES D.          ) <br> PLUMMER, DAVID S. POTTRUCK,            ) <br> JANE E. SHAW, JOHN L. THORNTON,      ) <br> and DAVID B. YOFFIE,                                   ) <br>                                                                                      ) <br>            Defendants,                                                  ) <br>      v.                                                                       ) <br>                                                                                      ) <br> INTEL CORPORATION, a Delaware         ) <br> Corporation,                                                            ) <br>                                                                                      ) <br>            Nominal Defendant.                                      ) | Civil Action No. 08-cv-103-JJF |

## STIPULATION AND ORDER EXTENDING TIME

The parties, by their undersigned counsel, hereby stipulate and agree, subject to approval by the Court, that the time for defendants to answer, move or otherwise respond to the complaints in the above-captioned actions is extended until thirty (30) days after a consolidation order is approved by the Court, or such longer time as may be set forth in such consolidation order.

          RIGRODSKY & LONG, P.A.

          By   /s/ Brian D. Long
              Seth D. Rigrodsky (I.D. #3147)
              Brian D. Long (I.D. #4347)
              919 N. Market Street, Suite 980
              Wilmington, Delaware 19801
              (302) 295-5310
              E-mail: srigrodsky@rigrodskylong.com
              E-mail: blong@rigrodskylong.com

              *Attorneys for Plaintiffs*

          POTTER ANDERSON & CORROON LLP

          By   /s/ Stephen C. Norman
              Donald J. Wolfe, Jr. (I.D. #285)
              Stephen C. Norman (I.D. #2686)
              Hercules Plaza, 6th Floor
              1313 North Market Street
              P. O. Box 951
              Wilmington, Delaware 19899-0951
              (302) 984-6000
              E-mail: dwolfe@potteranderson.com
              E-mail: snorman@potteranderson.com

              *Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2008.

          _____
854143           United States District Judge