IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN SMILOW, derivatively on behalf of INTEL CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>CRAIG R. BARRETT, *et al.*<br><br>   Defendants,<br><br> And<br><br>INTEL CORPORATION,<br><br>   Nominal Defendant. | C.A. No. 08-cv-93 (JJF) |
| EVAN TOBIAS, derivatively on behalf of INTEL CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>CRAIG R. BARRETT, *et al.*<br><br>   Defendants,<br><br> And<br><br>INTEL CORPORATION,<br><br>   Nominal Defendant. | C.A. No. 08-cv-103 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jonathan C. Dickey and Marshall R. King, of Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, to represent Defendants in this matter.

/s/ Stephen C. Norman
Donald J. Wolfe, Jr. (#285)
Stephen C. Norman (#2686)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6038
dwolfe@potteranderson.com
snorman@potteranderson.com

Attorneys for Defendants

Date: May 29, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

Date: May ___, 2008

866750

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jonathan C. Dickey
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York  10166
(212) 351-2399
jdickey@gibsondunn.com

Date:  May 28, 2008

100403924_1 (Intel_Pro hac vice motion).DOC

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Marshall R. King
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-3905
mking@gibsondunn.com

Date: May 28, 2008

100454642_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on May 29, 2008, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and that the document is available for viewing and downloading from CM/ECF:

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street
Suite 980
Wilmington, DE 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
snorman@potteranderson.com