IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN SMILOW, Derivatively on behalf of INTEL CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>CRAIG R. BARRETT, *et al.*,<br><br>        Defendants,<br><br>And<br><br>INTEL CORPORATION,<br><br>        Nominal Defendant. | C.A. No. 1:08-CV-00093-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, Brian D. Long moves the Court for the admission *pro hac vice* of Ilya Nuzov, Esquire, of Weiss & Lurie, 551 Fifth Avenue, New York, New York 10176, to represent Plaintiff in this matter.

Dated: June 2, 2008

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By:    /s/ Brian D. Long
Seth D. Rigrodsky (# 3147)
Brian D. Long (# 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
           bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____          _____
                                     United States District Judge

**CERTIFICATE OF SERVICE**

I, Brian D. Long, hereby certify that on June 2, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Stephen C. Norman, Esq.
> Potter Anderson & Corroon, LLP
> 1313 North Market Street
> Wilmington, DE 19801

> _/s/ Brian D. Long_
> Brian D. Long (#4347)
> **RIGRODSKY & LONG, P.A.**
> 919 N. Market Street, Suite 980
> Wilmington, DE 19801
> Tel: (302) 295-5310
> Fax: (302) 654-7530
> Email: bdl@rigrodskylong.com
>
> *Liaison Counsel for Plaintiffs*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will submitted √ to the Clerk's Office upon the filing of this motion.

Dated: 6/2/08

Ilya Nuzov
WEISS & LURIE
551 Fifth Avenue
New York, New York 10176
Tel.: (212) 682-3025
Fax: (212) 682-3010
E-Mail: inuzov@weisslurie.com