IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION DERIVATIVE LITIGATION ) ) | Consol. C.A. No. 08-cv-93 (JJF) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* (DAVID C. KATZ)

Pursuant to Local Rule 83.5 and the attached certification, Brian D. Long moves the Court for the admission *pro hac vice* of David C. Katz, Esquire, of Weiss & Lurie, 551 Fifth Avenue, New York, New York 10176, to represent Plaintiff in this matter.

Dated: August 7, 2008                     Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By:    */s/ Brian D. Long*
      Seth D. Rigrodsky (# 3147)
      Brian D. Long (# 4347)
      919 N. Market Street, Suite 980
      Wilmington, DE 19801
      Tel:  (302) 295-5310
      Fax: (302) 654-7530
      Email: sdr@rigrodskylong.com
             bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                               United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will submitted √ to the Clerk's Office upon the filing of this motion.

Dated: August 6, 2008

David C. Katz
WEISS & LURIE
551 Fifth Avenue
New York, New York 10176
Tel.: (212) 682-3025
Fax: (212) 682-3010
E-Mail: dkatz@weisslurie.com