**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: INTEL CORPORATION<br>DERIVATIVE LITIGATION | )  Consol. C.A. No. 08-cv-93 (JJF)<br>) |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* (JASON D'AGNENICA)**

Pursuant to Local Rule 83.5 and the attached certification, Brian D. Long moves the Court for the admission *pro hac vice* of Jason D'Agnenica, Esquire, of Stull, Stull & Brody, 6 East 45th Street, New York, New York 10017, to represent Plaintiff in this matter.

Dated: August 13, 2008          Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By:   */s/ Brian D. Long*
       Seth D. Rigrodsky (# 3147)
       Brian D. Long (# 4347)
       919 N. Market Street, Suite 980
       Wilmington, DE 19801
       Tel:  (302) 295-5310
       Fax:  (302) 654-7530
       Email:  sdr@rigrodskylong.com
                    bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the Bar of New Jersey and practicing before the United States District Courts for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to _____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __✓__ to the Clerk's Office upon the filing of this motion.

Dated: August 12, 2008

*Jason D'Agnenica*
Jason D'Agnenica
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
Email: jasondag@ssbny.com