

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Stephen C. Norman**
Partner
Attorney at Law
snorman@potteranderson.com
302 984-6038  Direct Phone
302 658-1192  Fax

August 22, 2008

<u>**VIA E-FILE**</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:   <u>*In re Intel Corporation Derivative Litigation -
Consol. C.A. 08-93-JJF*</u>

Dear Judge Farnan:

      At the status conference held before the Court on August 13, 2008, in this matter, the parties were directed to advise the Court no later than August 25, 2008, as to their preference with respect to the designation of a Special Master to handle certain discovery matters in this action. The parties have since met and conferred as to that issue and I have been authorized by counsel for plaintiff in this matter to advise Your Honor that the parties jointly request that Special Master Vincent Poppiti be assigned to handle such matters in this action as the Court may deem appropriate.

                                      Respectfully,

                                      */s/ Stephen C. Norman*

                                      Stephen C. Norman (#2686)

SCN:mp/879635
cc:   Clerk of the District Court
       Brian D. Long, Esquire