IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION DERIVATIVE LITIGATION | : : |
| MARTIN SMILOW, Derivatively on behalf of Intel Corporation, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 08-093 JJF : |
| CRAIG R. BARRETT, et al., | : : |
| Defendants, | : : |
| v. | : : |
| INTEL CORPORATION, | : : |
| Nominal Defendant. | : |

**SUPPLEMENTAL PRE-TRIAL ORDER NUMBER ONE**

WHEREAS, the Court held a Status Conference on August 13, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED that Pre-trial Order Number One shall be supplemented as follows:

1. Plaintiff Martin Smilow is appointed Lead Plaintiff.

2. Defendants' motion to dismiss shall be filed so that briefing is completed no later than **November 1, 2008**.

3. Any new case filed in this District that arises out of the same subject matter of this action will be stayed pending the decision of Defendants' motion to dismiss.

4. Oral argument on Defendants' motion to dismiss, if necessary, will be scheduled for a date to be determined in early

December.

5. All discovery disputes including those related to Defendants' motion to to dismiss will be referred to a Special Master. Counsel shall notify the Court by **August 25, 2008**, if they have agreed on a master or accept Special Master Poppitti. The Special Master should require briefing on any disputed related to Defendants' motion to dismiss be according to an expedited schedule (eg. 5-5-3)

6. All other provisions in the Pre-trial Order (D.I. 13) dated July 29, 2008 shall remain in effect.

August 25, 2008
DATE

UNITED STATES DISTRICT JUDGE