IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: INTEL CORPORATION | ) | |
| DERIVATIVE LITIGATION | ) | Civil Action No. 08-cv-93 (JJF) |

**DEFENDANTS' MOTION TO DISMISS VERIFIED AMENDED
CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT
OR, IN THE ALTERNATIVE, TO STAY THIS ACTION**

Defendants respectfully move for an order dismissing plaintiff's Verified Amended Consolidated Shareholder Derivative Complaint with prejudice on the following grounds:

(1) Failure to comply with Rule 23.1 of the Federal Rules of Civil Procedure;

(2) Failure to state a claim upon which relief can be granted;

(3) Failure to plead contemporaneous ownership; and

(4) The claims are barred by the applicable statute of limitations.

Defendants alternatively move for an Order staying this action in favor of the antitrust litigation styled, *In re Intel Corp. Microprocessor Antitrust Litigation,* MDL Docket No. 05-1717-JJF, Civil Action No. 05-441-JJF.

In support of its motion, defendants submit their accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Verified Amended Consolidated Shareholder Derivative Complaint, or, in the Alternative, to Stay This Action.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By  */s/ Stephen C. Norman* |
|  | Donald J. Wolfe, Jr. (I.D. #285) |
| Jonathan C. Dickey | Stephen C. Norman (I.D. #2686) |
| Marshall R. King | Hercules Plaza, 6th Floor |
| GIBSON DUNN & CRUTCHER LLP | 1313 North Market Street |
| 200 Park Avenue | P. O. Box 951 |
| New York, NY 10166-0193 | Wilmington, Delaware  19899-0951 |
| (212) 351-4000 | (302) 984-6000 |
|  | E-mail:  dwolfe@potteranderson.com |
|  | E-mail:  snorman@potteranderson.com |
|  | *Attorneys for Defendants* |

Dated:  September 5, 2008

880490

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on September 5, 2008, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and that the document is available for viewing and downloading from CM/ECF:

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street
Suite 980
Wilmington, DE  19801

    /s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
snorman@potteranderson.com